# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-

SEP 11 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__DANTE GUY__,
[You are the PLAINTIFF, print your full name on this line.]

v.

Case Number __1:23CV383__
[For a new case in this court, leave blank. The court will assign a case number.]

__STEVEN WHITE__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | STEVEN WHITE (LAW LIBRARY Sup.) | M.C.F. 3038 W. 850 S. BUNKER HILL, IN 46914 |
| 2 | M. MORSON (CAPTAIN) | M.C.F. 3038 W. 850 S. BUNKER HILL, IN 46914 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __TWO (2)__

2. What is the name and address of your prison or jail? __MIAMI CORR. FACILITY (M.C.F.) 3038 W. 850 S. BUNKER HILL, IN 46914__

3. Did the event you are suing about happen there? ☑ Yes. ○ No, it happened at: _____

4. On what date did this event occur? __MAY 8, 2023 AND JULY 24, 2023__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. SEE ATTACHED PAGES OF "CLAIMS and FACTS"

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# CLAIMS AND FACTS

1. STEVEN WHITE ALSO REFERENCED AS "MR. WHITE" AT THE MIAMI CORR. FACILITY HAS DELIBERATELY DENIED THE PLAINTIFF DANTE GUY ACCESS TO COURTS, IN WHICH CAUSED THE PLAINTIFF INJURY.

2. M. MORSON ALSO REFERENCED AS CAPTAIN M. MORSON AT THE MIAMI CORR. FACILITY HAS DELIBERATELY DENIED THE PLAINTIFF DANTE GUY ACCESS TO COURTS, IN WHICH CAUSED THE PLAINTIFF INJURY.

3. ON APRIL 27, 2023 THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA IN CASE NO 1:22-cv-00543-JMS-MJD DOCUMENT 45 PAGE ID #229 ORDERED THE PLAINTIFF, DANTE GUY TO RESPOND TO THE TWO (2) DEFENDANTS MOTION FOR SUMMARY JUDGMENT NO LATER THAN MAY 8, 2023.

4. ON APRIL 27, 2023 THE PLAINTIFF, DANTE GUY SUBMITTED A REQUIRED LAW LIBRARY REQUEST STATE FORM 19704 INTO THE MIAMI CORR. FACILITY MAIL FOR TO BE SCHEDULED ON A DEAD-LINE COUNTLETTER FOR THE LAW LIBRARY ON OR BEFORE MAY 8, 2023.

5. The Plaintiff, Dante Guy has through via law library State Form 19704 request and verbally had conveyed to the Defendant Steven White "Mr. White" the Miami Corr. Facility Law Library Supervisor that the Plaintiff, Dante Guy need to be scheduled for the dead-line countletter so that the Plaintiff can have legal reference material to help assist the Plaintiff, Dante Guy in his priority obligation with the courts.

The Defendant Steven "Mr. White" White did not respond to the Plaintiff, Dante Guy that the Plaintiff Dante Guy would not be permitted to the law library prior to the Plaintiff, court ordered dead-line date May 8, 2023 to respond nor, did the Defendants Steven "Mr. White" White and or M Morson make themselves available to help assist the Plaintiff, Dante Guy in providing access to the courts prior to the May 8, 2023 court order dead-line which both defendants were quite aware of by the Plaintiff's request slips, grievance form etc which the Plaintiff, Dante Guy believes is a deliberate indifference by both defendants.

6. THE PLAINTIFF DANTE GUY HAS BEEN RECOGNIZED AS AN INDIGENT OFFENDER SINCE ARRIVING AT THE MIAMI CORR. FACILITY ON FEB. 23, 2023.

7. THE DEFENDANT "MR. WHITE" FAILED TO ACKNOWLEDGE THE PLAINTIFF DANTE GUY COURT ORDER DEAD-LINE TO RESPOND BY MAY 8, 2023. BY REFUSING THE PLAINTIFF ACCESS TO THE COURT, LEGAL MATERIAL BY DENYING THE PLAINTIFF LAW LIBRARY AND OR NOT MAKING HIMSELF AVAILABLE TO THE PLAINTIFF PRIOR TO THE MAY 8, 2023 COURT ORDER DEAD-LINE.

8. ON MAY 11, 2023 THE PLAINTIFF DANTE GUY SUBMITTED AN OFFENDER GRIEVANCE STATE FORM 45471 ON BEING DENIED THE LAW LIBRARY FOR A MAY 8, 2023 DEAD-LINE.

9. ON JULY 27, 2023 THE PLAINTIFF RECIEVED A RESPONSE FROM THE GRIEVANCE SPECIALIST MICHAEL GAPSKI STATING THE PLAINTIFF DANTE GUY WAS DENIED "DEAD-LINE COUNT LETTER" BY CAPTAIN M. MORSON; DUE TO THE PLAINTIFF BEING IN A "LOCKED DOWN HOUSING UNIT" "IT IS NO DIFFERENT THAT IF YOUR WERE IN RESTRICTED STATUS HOUSING."

10. On July 24, 2023 the United States District Court Southern District of Indiana in case no 1:22-cv-00543-JMS-MJD Document 47 Page 1 of 17 Page ID #233 rendered an order judgment against the Plaintiff Dante Guy in favor for both of the two (2) Defendants for reasons of the Plaintiff Dante Guy failing to respond.

11. Due to the deliberate indifference by the law library supervisor "Mr. White" and Captain M. Morson by way of denying the Plaintiff Dante Guy meaningful access to the courts and access to legal reference material; so that the Plaintiff have adequate time to respond to a court order date, the Plaintiff suffered injury loss which is a direct result of the Defendants in this claim.

12. The Plaintiff Dante Guy because of the Defendants deliberate indifference has suffered a First Amendment, and Fourthteenth Amendment violation.

13. The Plaintiff Dante Guy had bought fourth civil suit claim against two (2) Defendants in the case no 1:22-cv-00543-JMS-MJD Document 5 Page ID #30 that was dismissed due to the Plaintiff failure to respond by May 8, 2023.

# CLAIMS AND FACTS

14. The Plaintiff Dante Guy has suffered ~~potential~~ monetary loss in Case No. 1:22-cv-00543-JMS-MJD due to the Defendants "Mr. White" Law Library Supervisor and Captain M. Morson for failing to provide the Plaintiff Dante Guy meaningful access to courts.

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ⦿ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⦿ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ⦿ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   SEE ATTACHED PAGES TO THIS #8 QUESTION

[Initial Each Statement]
- D.Gr.  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- D.Gr.  I will keep a copy of this complaint for my records.
- D.Gr.  I will promptly notify the court of any change of address.
- D.Gr.  I WILL NOT send more than one copy of any filing to the court.
- D.G    I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- D.Gr.  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  9 / 5 /2023 at 3:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          12M08
Signature                         Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# CIVIL DAMAGES SOUGHT

1.(a) THE PLAINTIFF DANTE GUY SEEKS $4.5 MILLION DOLLARS FROM "MR. WHITE" IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES IN COMPENSATORY DAMAGES. AND AN ADDITIONAL $4.5 MILLION DOLLARS FROM "MR. WHITE IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES IN PUNITIVE DAMAGES. FOR THE DENIAL AND DELIBERATE INDIFFERENCE TO THE PLAINTIFF DANTE GUY MEANINGFUL ACCESS TO THE COURTS IN WHICH CAUSED THE PLAINTIFF DANTE GUY INJURY AS A RESULT OF THE DEPRIVATION.

(b) THE PLAINTIFF DANTE GUY SEEKS $4.5 MILLION DOLLARS FROM M. MORSON IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES IN COMPENSATORY DAMAGES.
THE PLAINTIFF DANTE GUY SEEKS $4.5 MILLION DOLLARS FROM M. MORSON IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES IN PUNITIVE DAMAGES. FOR THE DENIAL AND DELIBERATE INDIFFERENCE TO THE PLAINTIFF DANTE GUY MEANINGFUL ACCESS TO THE COURTS IN WHICH CAUSED THE PLAINTIFF DANTE GUY INJURY AS A RESULT OF THE DEPRIVATION.

Grievance Manager Appeal Response Notice
Offender Name: DANTE GUY
Facility: MCF, MCF PH-P4, 449L
DOC#: 121108
Case #: 23-148132



# Grievance Manager Appeal Response Notice

**Offender Name:** DANTE GUY  
**DOC#:** 121108  

**Facility:** Miami Correctional Facility  
**Bldg/Bed:** MCF, MCF PH-P4, 449L  

## Case #: 23-148132

### Appeal Grievance

**Type:** Appeal Response  
**Date Received:** 07/06/2023 01:51:00 PM  
**Response Author:** Isaac Randolph  
**Responded On:** 07/25/2023 12:29:26 PM  
**Decision:** Resolved  

### Case Details

**Case Number:** 23-148132  
**Grievance Status:** Resolved  

### Case Data

**Facility of Complaint:** Miami Correctional Facility  
**Opened Date:** 07/06/2023 01:51:00 PM  
**Grievance Stage:** Grievance Manager Responded  
**Grievance Category:** Facility Operations  

### Appeal Grievance Response

**Responder Name:** Isaac Randolph  
**Due Date:** 08/15/2023 12:26:57 PM  
**Date/Time:** 08/16/2023 11:50:29 AM  
**Result:** Uphold  

**Response:** Your grievance appeal and all attached documents have been reviewed. I concur with the Facility level responses. Grievance Appeal Addressed at the facility level. Mr. I. Randolph is the Final Reviewing Authority Per Offender Grievance Process 00 02 301. The above response serves for the Offender Grievance Manager for the final level of review Mr. I. Randolph is the Final Reviewing Authority Offender Grievance Process 00 02 301

☐ Override    ☐ Data Input Error    ☐ Unprocessed    ☐ Extension

RestitutionRecommended: No

Notice: The decision of the Grievance Manager is final and constitutes exhaustion of all remedies within the Department.

Grievance Manager Appeal Response Notice
Offender Name:DANTE GUY
Facility:MCF, MCF PH-P4, 449L
DOC#: 121108
Case #: 23-148132

USDC IN/ND case 1:23-cv-00383-JTM-JPK   document 1   filed 09/11/23   page 11 of 11

# Grievance Manager Appeal Response Notice

**Offender Name:** DANTE GUY
**DOC#:** 121108

**Facility:** Miami Correctional Facility
**Bldg/Bed:** MCF, MCF PH-P4, 449L

## Case #:23-148132

### Appeal Grievance

**Type:** Appeal Response
**Date Received:** 07/06/2023 01:51:00 PM
**Response Author:** Isaac Randolph
**Responded On:** 07/25/2023 12:29:26 PM
**Decision:** Resolved

### Case Details

**Case Number:** 23-148132

**Grievance Status:** Resolved

### Case Data

**Facility of Complaint:** Miami Correctional Facility
**Opened Date:** 07/06/2023 01:51:00 PM
**Grievance Category:** Facility Operations

**Grievance Stage:** Grievance Manager Responded

### Appeal Grievance Response

**Responder Name:** Isaac Randolph
**Due Date:** 08/15/2023 12:26:57 PM

**Date/Time:** 08/16/2023 11:50:29 AM
**Result:** Uphold

**Response:** Your grievance appeal and all attached documents have been reviewed. I concur with the Facility level responses. Grievance Appeal Addressed at the facility level. Mr. I. Randolph is the Final Reviewing Authority Per Offender Grievance Process 00 02 301. The above response serves for the Offender Grievance Manager for the final level of review Mr. I. Randolph is the Final Reviewing Authority Offender Grievance Process 00 02 301

☐ Override     ☐ Data Input Error     ☐ Unprocessed     ☐ Extension

**RestitutionRecommended:** No

Notice: The decision of the Grievance Manager is final and constitutes exhaustion of all remedies within the Department.