UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DANTE D. GUY, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:23-CV-383-JTM-JPK |
| STEVEN WHITE, et al., | |
| Defendants. | |

### ORDER

Dante D. Guy, a prisoner without a lawyer, filed this case in the Fort Wayne Division raising claims based on events alleged to have occurred in Miami Correctional Facility which is located within the geographical boundaries of the South Bend Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." In the interests of justice, this case will be transferred, but under N.D. Ind. L.R. 40-1(a) and General Order 2023-24, the clerk will directly assign the new case to the same judges.

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

So ORDERED this 13th day of September, 2023.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT